FILED '11 MAR 29 14:48 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

BETTY ANN SIMINGTON,  )
  )
        Plaintiff,  )
  ) Civil No. 09-670-TC
v.  )
  ) ORDER
MICHAEL J. ASTRUE, Commissioner )
of Social Security,  )
  )
        Defendant.  )
  )

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on February 23, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. Section 405(g) for the calculation and award of benefits.

DATED this 29th day of March, 2011.

_____
United States District Judge

2    - ORDER